AO 442 (Rev. 5/93) Warrant for Arrest.

08-424-M-01

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | CASE NUMBER: 4:08-CR-246 |
| BARBARA ROSS | (Judge Jones) |

To: The United States Marshal
and any Authorized United States Officer

**FILED**
JUL - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY COMMANDED** to arrest BARBARA ROSS

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    Information    Complaint    Order of Court    Violation Notice    Probation Violation Petition

charging him/her with  provide prohibited object to inmate, etc

in Violation of  18  United States Code Section 1791, etc

| Mary E. D'Andrea | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| By: Lisa A. Gonsalves, deputy | June 13, 2008 at Williamsport, Pennsylvania |
| Signature of Issuing Officer or Deputy Clerk | Date and Location |

Bail fixed at $ _____     by _____
                                     Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Reportica | Reportica |
| DATE OF ARREST Reportica | | |
| 3 July 08 | DUSM Robert C. Byars | [signature] |

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

08-424-M-01

UNITED STATES OF AMERICA  : Crim. No. 4:08-CR-246

v.  : Vio: 18 U.S.C. § 1791;
: 21 U.S.C. § 843

BARBARA ROSS  :

**FILED**

JUL 03 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE
Attempting to Provide a Prohibited Object
to an Inmate
18 U.S.C. §§ 1791(a)(1) and 1791(d)(1)(D)

On or about the 4th day of May 2008, at the United States Penitentiary, Union County, Lewisburg, Commonwealth of Pennsylvania, in the Middle District of Pennsylvania and within the jurisdiction of this Court, the defendant,

BARBARA ROSS,

did attempt to provide to an inmate of said penitentiary a prohibited object, to wit, a quantity of heroin, a Schedule II controlled substance under Title 21, United States Code, Section 812, which was contained in candy and was contrary to the rules and regulations of said correctional facility.

In violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(d)(1)(D).

FILED
WILLIAMSPORT, PA.

JUN 1 2 2008

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

THE GRAND JURY FURTHER CHARGES:

COUNT TWO
Possession With Intent to Distribute Heroin
21 U.S.C. § 841(a)(1)

1. The Grand Jury hereby incorporates by reference, as though set forth fully herein, Count One of the Indictment.

2. On or about the 4th day of May 2008, at the United States Penitentiary, Union County, Lewisburg, Commonwealth of Pennsylvania, in the Middle District of Pennsylvania and within the jurisdiction of this Court, the defendant,

BARBARA ROSS,

did knowingly, intentionally, and unlawfully possess with the intent to distribute a quantity of heroin, a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREMAN

Date: 6/12/08

_____
MARTIN C. CARLSON
United States Attorney

2