Return Copy
Rev 1/07

**FILED**
JUL 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk's Office
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

FILED
WILLIAMSPORT, PA

JUL 11 2008
MARY E. D'ANDREA, CLERK
PER _____
DEPUTY CLERK

Date: 07/11/08

Address of Other Court: USDC Middle District of PA
U.S. Courthouse
& Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA 17701

RE: CR 08-MJ-424 USA v. Barbara Ross

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| | | | |
|---|---|---|---|
| ☑ | Docket Sheet | ☑ | Warrant of Removal |
| ☑ | Complaint | ☐ | Order of Removal |
| ☐ | Minute Order Appointing Counsel | ☐ | Detention Order |
| ☐ | Corporate Surety Bond | ☑ | Waiver of Removal |
| ☐ | Personal Surety Bond | | |
| ☑ | Other: Blotter filed on 07/03/08 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk